03/10/2022

From : lejeune Bauvil and Sheilla Louis bauvil

11218 Dormer way
orlando, Fl 32837

6:20-mc-34-CEm-DCI
6:21-mc-104-RBD-GJK

To whomever it may concern at the federal Court

Subject: Complaint againt Zeekrewards receivership layer or anyone who is concern

Case:3:14-cv-0091

Back in 2011, I was invited by a friend who is now passaway during the covid19 in a business called Zeekrewards.This business was advertised by great lawyers all over the internet and the TV. It has attrack my attention and as well as thousands of others who have surely see in this business a greta income opportunity that appears to be legal until SEC came it and shut it down pretending they were a complete pyramid company.

I had the privilege to be a winner with an unknow net amount but surely less and far to be # 200000 for me and my wife.
A lawsuit class action against the winners want them to pay the entire amount back while myself I had personally refunded many family members and friends that I had invited to.

The business was worldwide and espite the effort to refund many people, miost of my people which I have the list have never receieved their refund.

The debt collectors or lawyers company have refused completely to eleiminate, reduce or negotiate any affordable payment plan pretending that i must refund the entire amount if I want them to stop harrassment.

This situation takes away my sleep and my lifestyle considering that i had investeknowing the risk and everyone should have know the risks involved as well. There was a disclaimer regarding that matter which they agree.

I come to you, as the only place that can rescue me from the harassment to find a legal way to negotiate this debt that seems to be expired or negotiate it on a payment plan that I can afford.

1

Thanks in advance for your great concern.

Lejeune Bauvil and his wife Sheilla Louis