FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:20-mc-00034-CEM-DCI

MATTHEW ORSO AS SUCCESSOR TRUSTEE
TO KENNETH D. BELL IN HIS CAPACITY
AS COURT-APPOINTED RECEIVER FOR
REX VENTURE GROUP, LLC,

    Plaintiff,

v.

LEJEUNE BAUVIL,

    Defendant,

v.

BANK OF AMERICA, N.A.
2051 Central Florida Pkwy.,
Orlando, FL 32837

    Garnishee.

_____/

## CLAIM OF EXEMPTION AND REQUEST FOR HEARING

I claim exemptions from garnishment under the following categories as checked:

    **X** 1. Head of family wages. (You must check "a" or "b" below)
    ____ a. I provide more than one-half of the support for a child or other dependent and have net earnings of $750.00 or less per week.
    ____ b. I provide more than one-half of the support for a child or other dependent, have net earnings of more than $750.00 per week, but have not agreed in writing to have my wages garnished.
    ____ 2. Social Security benefits.
    ____ 3. Supplemental Security Income benefits.
    ____ 4. Public Assistance (welfare).
    ____ 5. Workers' Compensation.
    ____ 6. Unemployment Compensation.
    ____ 7. Veterans' Benefits.
    ____ 8. Retirement or profit-sharing benefits or pension money.
    ____ 9. Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract.
    ____ 10. Disability Income benefits.
    ____ 11. Prepaid College Trust Fund or Medical Savings Account.
    ____ 12. Other exemptions as provided by law (Explain) _____

I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:

Address: 11218 Dorner Way

City: Orlando State: Fl Zip: 32837 Ph. No.: 4079298006

The statements made in this request are true to the best of my knowledge and belief.

_____       03-16-2022
(Defendant's signature)                                    (Date)

STATE OF FLORIDA
COUNTY OF Orange

SWORN AND SUBSCRIBED to before me this 16 day of March, 20 22 by Lejeune Bauvil

_____
Notary Public

Personally known ✓ OR Produced identification _____

Type of Identification Produced Driver license

> Notary Public State of Florida
> Wissel L Piquant
> My Commission HH 045379
> Expires 09/22/2024

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered ___ OR mailed ___ by first class mail to Alison N. Emery, Esq., Attorney for Nationwide Judgment Recovery, Inc, at 5011 Gate Parkway, Bldg 100, Suite 100, Jacksonville, FL 32256 this ___ day of _____, 20___.

_____
Defendant

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:20-mc-00034-CEM-DCI

MATTHEW ORSO AS SUCCESSOR TRUSTEE
TO KENNETH D. BELL IN HIS CAPACITY
AS COURT-APPOINTED RECEIVER FOR
REX VENTURE GROUP, LLC
d/b/a ZEEKREWARDS.COM

    Plaintiff,
v.

LEJEUNE BAUVIL,

    Defendant,
v.

BANK OF AMERICA, N.A.

    Garnishee.

_____/

### FIRST NOTICE TO DEFENDANT

**TO:**
Lejeune Bauvil
11218 Dormer Way
Orlando FL 32837

YOU WILL PLEASE TAKE NOTICE that, pursuant to Plaintiff's Motion for Writ of Garnishment, the Clerk of the United States District Court for the Middle District of Florida, Orlando Division, has issued a Writ of Garnishment to BANK OF AMERICA, N.A. A copy of the Motion and the Writ are attached hereto. A Notice to Defendant of Rights Against Garnishment of Wages, Money and Other Property is also attached hereto, along with a Florida Claim of Exemption Form, as required by law.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this First Notice to Defendant, Motion for Writ of Garnishment, Writ of Garnishment, Notice to Defendant of Rights Against Garnishment of Wages, Money and Other Property and Florida Claim of Exemption Form has been furnished by First Class United States Mail to: Lejeune Bauvil, 11218 Dormer Way, Orlando FL 32837 on January 7, 2022.

Respectfully submitted,

*/s/ Alison Emery*

_____
Alison N. Emery, Esquire
Florida Bar No. 621641
Emery Law PLLC
5011 Gate Parkway, Bldg 100, Suite 100
Jacksonville, FL 32256
Telephone 904-404-5800
E-mail: zeekwrits@emerylawjax.com