UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:20-mc-00034-CEM-DCI

MATTHEW E. ORSO IN HIS CAPACITY AS
COURT-APPOINTED SUCCESSOR RECEIVER
FOR REX VENTURE GROUP, LLC, d/b/a ZEEKREWARDS.COM,

    Plaintiff,

v.

LEJEUNE BAUVIL,

    Defendant/Judgment Debtor,

v.

SHILOF, INC.,

    Garnishee.

_____/

## CONTINUING WRIT OF GARNISHMENT AGAINST SALARY OR WAGES SHILOF, INC.

THE STATE OF FLORIDA
To Each Sheriff of this State:

    YOU ARE COMMANDED to summon the garnishee **SHILOF, INC., ATT: Registered Agent Sheilla Louis, whose address is 11218 Dormer Way, Orlando, FL 32837**, who is required to serve an answer to this writ on Alison N. Emery, Esquire, Emery Law, PLLC, 5011 Gate Parkway, Building 100, Suite 100, Jacksonville, FL 32256, within twenty (20) days after service of this writ, exclusive of the day of service, and to file the original with the clerk of court either before service on the attorney or immediately thereafter. The answer shall state whether the garnishee is the employer of the defendant **LEJEUNE BAUVIL** and whether the garnishee is indebted to the defendant by reason of salary or wages. The garnishee's answer shall specify the periods of payment (for example, weekly, biweekly or monthly) and amount of salary or

*[handwritten notation: KD #522 3-8-22 2:00 pm]*

("**Garnishee**"), who is believed by Plaintiff to have possession or control of tangible assets of Defendant, SHEILLA LOUIS, ("**Defendant**").

1. On August 14, 2017, the United States District Court for the Western District of North Carolina, Charlotte Division, entered a Final Judgment ("the Judgment") in favor of Plaintiff and against each individual member of a Defendant Class, including the Defendant herein [Docket item 1].

2. More than thirty days have passed since entry of the Judgment.

3. On July 28, 2021, Plaintiff registered the Judgment in this Court.

4. The amount of the Judgment remains unpaid and unsatisfied. There remains due and owing $133,034.10, plus post-judgment interest pursuant to 28 U.S.C. § 1961.

5. The Garnishee is believed to have in its possession and control certain monies or property belonging to the Defendant sufficient to satisfy the Judgment in whole or in part.

6. All conditions precedent to the institution of this proceeding have occurred or have been performed, and Defendant acknowledges its obligation under Florida Statute § 77.28 to compensate the garnishee $100 upon demand of garnishee's attorney.

WHEREFORE, Plaintiff MATTHEW ORSO AS SUCCESSOR TRUSTEE TO KENNETH D. BELL IN HIS CAPACITY AS COURT-APPOINTED RECEIVER

3

FOR REX VENTURE GROUP, LLC, respectfully requests that this Court enter an Order granting this Motion and directing the Clerk of Court to issue a Writ of Garnishment directed to WELLS FARGO BANK, N.A. in the amount of $133,034.10, and granting such other relief deemed just and proper.

Dated: August 26, 2021

                                                Respectfully submitted,

                                                */s/Alison N. Emery*
                                                Alison N. Emery, Esquire
                                                Florida Bar No. 0621641
                                                Emery Law, PLLC
                                                5011 Gate Parkway, Bldg. 100, Suite 100
                                                Jacksonville, FL 32256
                                                Telephone 904-404-5800
                                                E-mail: zeekwrits@emerylawjax.com
                                                *Counsel for Nationwide Judgment Recovery, assignee of Matthew Orso as successor trustee to Kenneth D. Bell in his capacity as court-appointed receiver for Rex Venture Group, LLC*